# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

137043

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DILDY L. McFADDEN,
       Plaintiff-Appellant,

v

DELPHI CORPORATION,
       Defendant-Appellee.

SC: 137043
COA: 282627
WCAC: 04-000454

_____/

      On order of the Court, the application for leave to appeal the June 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk